BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE L. WINFIELD,<br><br>          Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>**Commissioner of Social Security<br>of the United States of America,**<br><br>          Defendant. | Case No.  CIV-05-2202CMK<br><br>**STIPULATION AND ORDER<br>EXTENDING PLAINTIFF'S TIME TO<br>FILE MEMORANDUM IN SUPPORT<br>OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of April 6, 2006 until April 10, 2006.  This is plaintiff's first request for an extension.

/ / / /

/ / / /

/ / / /

1 | Dated: April 5, 2006          BREWER & MITCHELL, LLP

                                   By: /s/Bess M. Brewer
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff

Dated: April 5, 2006          McGregor W. Scott
                                   United States Attorney

                                   By: /s/Bobbie J. Montoya
                                   BOBBIE J. MONTOYA
                                   Assistant U.S. Attorney

                                   Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 14, 2006.

                          _____
                          **CRAIG M. KELLISON**
                          UNITED STATES MAGISTRATE JUDGE