McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE L. WINFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-02202-CMK**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Appeals Council has agreed to accept a remand of the above-captioned case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The

Stip & Order of Remand (Sentence 4) - 05-02202

purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) and direct him or her to fully consider the medical evidence and reconsider whether Plaintiff's alleged impairments are severe. The ALJ also will be directed to re-contact Plaintiff's treating sources as necessary and address all of the medical opinions in accordance with the regulations and Social Security Ruling (SSR) 96-5p. The ALJ also will be directed to specifically address the Veterans Administration evidence pertaining to Plaintiff's disability rating. In addition, the ALJ will be directed to re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the regulations and SSR 96-7p.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /

/ / /

/ / /

Stip & Order of Remand (Sentence 4) - 05-02202

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing her signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: May 23, 2006            /s/ Bess M. Brewer
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


DATED: May 24, 2006            McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U. S. Attorney


                          By: /s/ Bobbie J. Montoya for
                               DENNIS J. HANNA
                               Special Assistant U. S. Attorney

                               Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

Stip & Order of Remand (Sentence 4) - 05-02202

ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

May 31, 2006

                                          /s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Stip & Order of Remand (Sentence 4) - 05-02202