```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE L. WINFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-02202-CMK**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND AND 00/100 DOLLARS ($6,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA

in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall return to Defendant's counsel a facsimile of this stipulation bearing Plaintiff's counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: June 12, 2006   /s/ Bess M. Brewer
                                     BESS M. BREWER
                                     Attorney at Law

                                     Attorney for Plaintiff

DATED: June 14, 2006   McGREGOR W. SCOTT
                                     United States Attorney
                                     BOBBIE J. MONTOYA
                                     Assistant U. S. Attorney

                              By: /s/ Bobbie J. Montoya for
                                     DENNIS J. HANNA
                                     Special Assistant U. S. Attorney

                                     Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

WINFIELD v. Barnhart
EAJA Stip & Order
2:05-cv-02202-CMK

**2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $6,000.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: June 21, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE